UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Karen R. Manly, an individual,

Plaintiff,

v.

Popp Telcom, Inc., a Minnesota corporation, doing business as Popp Communications,

Defendant.

Court File No. 01-CV-312 PAM/SRN

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE**, without attorneys' fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 17, 2001

Honorable Paul A. Magnuson
United States District Court Judge

293740- 1



SEP 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Karen R. Manly, an individual,

Plaintiff,

v.

Popp Telcom, Inc., a Minnesota corporation, doing business as Popp Communications,

Defendant.

Court File No. 01-CV-312 PAM/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff Karen R. Manly and defendant Popp Telcom, Inc., d/b/a Popp Communications, through their attorneys, that the above-entitled matter may be dismissed with prejudice and without cost to any of the parties;

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing the matter with prejudice and without cost to any of the parties, without further notice to any of the parties.

Dated: Sept. 14, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: Susan E. Ellingstad

Susan E. Ellingstad (No.243546)
Gregory J. Myers (No. 287398)

100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT POPP COMMUNICATIONS**

Dated: Aug 22, 2001

JENSEN & SONDRALL, P.A.

By: Nicole M. Ritland

Nicole M. Ritland (No. 305297)

8525 Edinbrook Crossing, Ste. 201,
Brooklyn Park, MN 55443-1968
Telephone: (763) 424-8811

**ATTORNEYS FOR PLAINTIFF KAREN R. MANLY**

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500